**James R. SHOEMAKER, D.O.,
and Ormond Medical, etc.,
Appellants,**

v.

**Sonia SLIGER, as Personal,
etc., Appellee.**

**No. 5D14–3871.**

District Court of Appeal of Florida,
Fifth District.

Aug. 8, 2016.

Dinah Stein, Mark Hicks, and Mary Gniadek, of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for Appellants.

David J. Sales, of David J. Sales, P.A., Jupiter, and Stephen Knox, of Morgan & Morgan, P.A., Orlando, for Appellee.

PER CURIAM.

ON MOTION TO CERTIFY CONFLICT

We grant Appellee's motion for certification and certify conflict between our decision issued on February 12, 2016, and *Hyundai Motor Co. v. Ferayorni*, 876 So.2d 680 (Fla. 4th DCA 2004).

CONFLICT CERTIFICATION GRANTED.

EVANDER, EDWARDS, JJ., and PLEUS, ROBERT J., JR., Senior Judge, concur.